**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7645**

———————

PEDRO DIAZ,

Plaintiff - Appellant,

versus

DOCTOR "JOHN DOE" BAAN; GEORGE WILKES; BARBARA
KNIGHT; HOPE HARRISON,

Defendants - Appellees,

and

NORTH CAROLINA DEPARTMENT OF CORRECTIONS
UTILIZATION REVIEW BOARD,

Defendant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge. (CA-01-263-5-BR)

———————

Submitted: December 19, 2002      Decided: January 7, 2003

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Pedro Diaz, Appellant Pro Se. Elizabeth F. Parsons, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pedro Diaz appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Diaz v. Baan, No. CA-01-263-5-BR (E.D.N.C. filed Sept. 26, 2002 & entered Sept. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2